# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| MASSIACH HAYWARD, | : | Case No. 1:20-cv-830 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| KANESHIA HOWELL, et al., | : | |
| Defendants. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 5), DISMISSING ACTION WITHOUT PREJUDICE, AND TERMINATING CASE

This action is before the Court upon the Report and Recommendation (Doc. 5) entered by United States Magistrate Judge Stephanie K. Bowman. As no objection has been filed and the time to do so has expired, the Court **ADOPTS** the Report and Recommendation in its entirety and hereby **DISMISSES** this action **WITHOUT PREJUDICE.** This case shall be **TERMINATED** on the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND