IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| MASSIACH HAYWARD, | : | Case No. 1:20cv830 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| KANESHIA HOWELL, et al., | : | |
| | : | |
| Defendants. | : | |

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED:**  That the Report and Recommendation is ADOPTED IN ITS ENTIRETY; that this action is DISMISSED WITHOUT PREJUDICE; and that this case is TERMINATED on the Court's docket.

May 7, 2021.

Richard W. Nagel, Clerk of Court
By: /s/ Kellie A. Fields
   Deputy Clerk